Monday 08/04/08

Honorable Ruben B. Brooks    FED DEF: D. Burstein    PAGE - 11
                             INT: _____    AUSA: Greg Noonan
PTS: _____

================================================================================
                                                    Attorney    PH SET FOR
         Defendant              Booking #
================================================================================
23) 08CR2531BEN                                     Fed. Def. S/A (APP)  prov. u/ 3006(a)(7)
DOA 07/31/08  GENTRY ADAMS (1) (C) (I/SE) 10492298
              KYLE SEAN CHAPMAN (2) (C) (I/SE) 10491298   FD S/A - Charles Rees N/A Apptd
              MH/TS SET FOR 9/22/08 @ 2:00PM B4 "BEN"
F/A 08/04/08                                              ( 239-9300
DFT(S) INFORMED OF CHARGES    Arr + PLNG                    prov u/ 3006(a)(7) )  BOND SET AT
NUMEROUS - SEE INDICTMENT     Gvt's oral mot to                                   (#1) no bail
                              unseal "1" -                                        Det hrg set
ARR ON INDICTMENT             Granted .     Fin Afdt to be fld by:                8/7/08
Tape #: 1146-1155                            8/7/08     (#1)                      @ 10am
                                             8/12/08    (#12)                     (flight)

                                                                                  (#2) $35,000 P/S

        ( 11 min )


                    " SECRET "


                                                    RECEIVED IN
                                                    DOCKETING
                                                    AUG  6 2008