**ANDREW LAH**
California State Bar No. 234580
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
Facsimile: (619) 687-2666
andrew_lah@fd.org

Attorneys for Defendant Mr. Adams

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE ROGER T. BENITEZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08CR2531-BEN-01 |
| Plaintiff, ) | |
| v. ) | **NOTICE OF APPEARANCE** |
| **GENTRY ADAMS,** ) | |
| Defendant. ) | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Andrew Lah, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

Respectfully submitted,

Dated: August 7, 2008          *s/ ANDREW LAH*
                               Federal Defenders of San Diego, Inc.
                               Attorneys for Defendant
                               andrew_lah@fd.org

1  **ANDREW LAH**
   California State Bar No. 234580
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California  92101-5008
   Telephone:  (619) 234-8467 Ext. 3737
4  Facsimile:    (619) 687-2666
   andrew_lah@fd.org
5

6  Attorneys for Mr. Adams

7

8                          UNITED STATES DISTRICT COURT

9                          SOUTHERN DISTRICT OF CALIFORNIA

10                         **(HONORABLE ROGER R. BENITEZ)**

11 | UNITED STATES OF AMERICA,     )   Case No. 08CR2531-BEN-01
                                   )
12 |           Plaintiff,          )
                                   )
13 | v.                            )   **PROOF OF SERVICE**
                                   )
14 | **GENTRY ADAMS,**             )
                                   )
15 |           Defendant.          )
                                   )
16

17         Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of

18 his information and belief, and that a copy of the foregoing document has been served via CM/ECF this day

19 upon:

20         **Assistant United States Attorney**
           efile.dkt.gc1@usdoj.gov
21

22 Dated: August 7, 2008                        *s/ ANDREW LAH*
                                                **ANDREW LAH**
23                                              Federal Defenders of San Diego, Inc.,
                                                andrew_lah@fd.org
24

25

26

27

28