Unsealed per 8/4/08 Order KNH

~~SECRET~~

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

Gentry Adams

#154 9185

WARRANT FOR ARREST

CASE NUMBER: 08cr2531-BEN

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____Gentry Adams_____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition  [ ] Pretrial Violation

charging him or her with (brief description of offense)

18 USC 922 (a)(1)(A) and 924 (a)(1)(D); 26: USC 5845, 5861 (d), and 5871

In violation of Title ___See Above___ United States Code, Section(s)

W. Samuel Hamrick, Jr.
Name of Issuing Officer

Clerk of the Court
Title of Issuing Officer

7/30/08 San Diego, CA
Date and Location

Signature of Deputy

RECEIVED 2008 JUL 30 P 4: 08 U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA

Bail fixed at $ ___No Bail___ by ___The Honorable Jan M. Adler___
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at HD Tattoo, 3066 Univ. Ave, San Diego, CA |

| DATE RECEIVED  07-30-08 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST  07-31-08 | BD Jacobson, SA ATF | BJD [signature] |

CLASS II 'J'

5214

ATF